USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08

**RICHARD B. LIND**

ATTORNEY AT LAW
745 FIFTH AVENUE
SUITE 902
NEW YORK, N.Y. 10151

TELEPHONE (212) 888-7725
FACSIMILE (212) 371-2981
E-MAIL: RLINDESQ@AOL.COM

March 26, 2008

**By Fax**

Hon. Harold Baer, Jr.
United States District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

       Re:    <u>United States v. Glenda Perea</u>
               08 Cr. 78 (HB)

Dear Judge Baer:

     I am the CJA attorney for defendant Perea in the above-referenced case. I am writing to request that the Court approve a modification of her conditions of release, specifically, the requirement that she have another person co-sign her release bond. I can represent to the Court that both the government and pre-trial services agency consent to the proposed modification.

     Thank you for the Court's consideration of this request.

                                  Respectfully submitted,

                                  Richard B. Lind

cc: Todd Blanche, Esq. (by fax)

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 3/27/08